Kevin E. Gilbert, Esq. (SBN: 209236)
kgilbert@ohshlaw.com
Carolyn M. Aguilar, Esq. (SBN: 289550)
caguilar@ohshlaw.com
Nicholas D. Fine, Esq. (SBN: 285017)
nfine@ohshlaw.com
**ORBACH HUFF SUAREZ + HENDERSON LLP**
6210 Stoneridge Mall Road, Suite 210
Pleasanton, CA 94588
Telephone: (510) 999-7908
Facsimile: (510) 999-7918

Attorneys for Defendants
AHMED KHALFAN, BRANDON HODGES, JESSE SOUSA,
KRISTIAN PALMA and CITY OF RICHMOND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEJON BROWN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>AHMED KHALFAN; BRANDON HODGES, JESSE SOUSA; KRISTIAN PALMA; CITY OF RICHMOND, CALIFORNIA; and Does 1-50,<br><br>　　　　　Defendants.<br><br>AND RELATED CASES | Case No. 20-cv-03712-CRB<br>[Related to Case Nos. 20-cv-03807-CRB; 20-cv-04035-CRB and 20-cv-04400-CRB]<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS RELATED CASES WITH PREJUDICE** |

Stipulation and [Proposed] Order to Dismiss Related Cases With Prejudice [20-cv-3712-CRB]

| | |
|---|---|
| 1 | IT IS HEREBY STIPULATED by and between Plaintiffs DEJON BROWN, |
| 2 | JOHNATHAN SPRAGAN and DARERON BROWN ("Plaintiffs"), on the one hand, and |
| 3 | Defendants CITY OF RICHMOND, AHMED KHALFAN, BRANDON HODGES, JESSE |
| 4 | SOUSA, KRISTIAN PALMA and JONATHAN PLATZNER ("Defendants"), on the other |
| 5 | hand, through their attorneys of record, as follows: |

WHEREAS, Plaintiffs Dejon Brown, Johnathan Spragan and Dareron Brown have each filed a separate lawsuit, captioned as follows: *Dejon Brown v. Ahmed Khalfan, Brandon Hodges, Jesse Sousa, Kristian Palma and City of Richmond*, U.S. District Court Action No. 20-cv-3712-CRB; *Johnathan Spragan v. Ahmed Khalfan, Jonathan Platzner, Kristian Palma and City of Richmond*, U.S. District Court Action No. 20-cv-3807-CRB; and *Dareron Brown v. Ahmed Khalfan, Kristian Palma and City of Richmond*, U.S. District Court Action No. 20-cv-4035-CRB ("Related Cases");

WHEREAS, in response to Plaintiffs' respective Administrative Motions, the Court deemed the Related Cases related pursuant to Civil Local Rule 3-12; and

WHEREAS, Plaintiffs and Defendants have reached a settlement in the Related Cases.

THEREFORE, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs and Defendants hereby stipulate that the Related Cases be dismissed, with prejudice. Each party to bear their own costs and fees. This dismissal does not constitute an adjudication on the merits.

Dated: May 19, 2021    **ORBACH HUFF SUAREZ + HENDERSON LLP**

By: /s/ *Kevin E. Gilbert*
Kevin E. Gilbert
Attorney for Defendants AHMED KHALFAN,
BRANDON HODGES, JESSE SOUSA, KRISTIAN
PALMA, JONATHAN PLATZNER and CITY OF RICHMOND

Dated: May 19, 2021    **LAWYERS IN LAFAYETTE**

By: /s/ *Daniel Horowitz*
Daniel Horowitz
Thomas J. Kensok
Attorneys for Plaintiffs DEJON BROWN, JOHNATHAN
SPRAGAN and DARERON BROWN

**[PROPOSED] ORDER**

Having reviewed the parties' Stipulation and GOOD CAUSE appearing therefore, the Court orders as follows:

1. The following related cases are hereby dismissed, with prejudice:

   - *Dejon Brown v. Ahmed Khalfan, Brandon Hodges, Jesse Sousa, Kristian Palma and City of Richmond*, U.S. District Court Action No. 20-cv-3712-CRB;

   - *Johnathan Spragan v. Ahmed Khalfan, Jonathan Platzner, Kristian Palma and City of Richmond*, U.S. District Court Action No. 20-cv-3807-CRB; and

   - *Dareron Brown v. Ahmed Khalfan, Kristian Palma and City of Richmond*, U.S. District Court Action No. 20-cv-4035-CRB.

**IT IS SO ORDERED.**

Dated: May 20, 2021

_____
Honorable Charles R. Breyer
United States Magistrate Judge